IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORNELIUS PITTMAN**                                                                **PLAINTIFF**

v.                                           4:12-cv-480-DPM

**JERRY W. CAVANEAU,**
**U.S. Magistrate Judge,**
**Eastern District of Arkansas,** *et al.*                                    **DEFENDANTS**

ORDER

The Court's last Order asked Pittman to update his mailing address by 22 February 2013. *Document No. 6.* The Court's mail to Pittman has been returned. Pittman's complaint is dismissed without prejudice for failure to keep his address current. *Local Rule 5.5(c).*

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 February 2013