IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORNELIUS PITTMAN                                                    PLAINTIFF

v.                                        4:12-cv-480-DPM

JERRY W. CAVANEAU, U.S. Magistrate Judge,
Eastern District of Arkansas; D.P. MARSHALL,
U.S. District Judge, Eastern District of Arkansas;
SUSAN WEBBER WRIGHT, U.S. District Judge,
Eastern District of Arkansas; THOMAS G. EISELE,
U.S. District Judge, Eastern District of Arkansas;
WILLIAM R. WILSON, JR., U.S. District Judge,
Eastern District of Arkansas; JAMES M. MOODY,
U.S. Magistrate Judge, Eastern District of Arkansas;
THOMAS J. RAY, U.S. Magistrate Judge,
Eastern District of Arkansas; JEROME KEARNEY,
U.S. Magistrate Judge, Eastern District of Arkansas;
BETH DEERE, U.S. Magistrate Judge, Eastern District
of Arkansas; DAVID H. YOUNG, U.S. Magistrate Judge,
Eastern District of Arkansas; JOE J. VOLPE, U.S.
Magistrate Judge, Eastern District of Arkansas;
LEON J. HOLMES, U.S. District Judge, Eastern District
of Arkansas; and BRIAN S. MILLER, U.S. Chief District
Judge, Eastern District of Arkansas                                  DEFENDANTS

JUDGMENT

Pittman's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 February 2013